THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff
IRMA RAMIREZ and
Plaintiff DAREN HEATHERLY, each an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY, each an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER FREEZE SANTA ROSA a.k.a., THOMAS J. PINKERTON; and GERALDINE PINKERTON,<br><br>Defendants. | CASE NO. CV-09-5497-MMC<br><br>**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS THOMAS J. PINKERTON AND GERALDINE PINKERTON AND ~~[PROPOSED]~~ ORDER THEREON** |

This action was filed on November 19, 2009.  Pursuant to General Order 56 and Civil Local Rule 7-11, plaintiffs were to have defendants served on or before January 19, 2010.

The defendants to this action are THOMAS J. PINKERTON AND GERALDINE PINKERTON.

None of the defendants in this action have been served.

Despite diligent efforts, plaintiffs have been unsuccessful in their attempt to serve defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON with the summons and complaint.

///

///

///

**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS  THOMAS J. PINKERTON AND GERALDINE PINKERTON AND [PROPOSED] ORDER THEREON**                                                                                 CV-09-5497-MMC         1

1    Shortly after the filing of the complaint, plaintiffs directed their process server to serve

2    defendants at the initial service address found on their online investigation database Merlin,

3    ( 2476 Shady Creek Court, Santa Rosa, California).  Plaintiffs' process server made three (3)

4    attempts to serve defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON, but

5    to no avail was plaintiffs' process server able to serve defendants.

6    Because plaintiffs' process server was unsuccessful in their attempts at ( 2476 Shady

7    Creek Court, Santa Rosa, California), plaintiffs further researched their online investigation

8    database Merlin, and discovered an updated address reported for defendants at (3107 Lucerro

9    Court, Santa Rosa, California).  However, plaintiffs' process server learned per a neighbor,

10   defendant GERALDINE PINKERTON lives at the address stated herein but defendant

11   THOMAS J. PINKERTON does not live there.  Plaintiffs' process server made six (6)

12   unsuccessful attempts at the address stated herein.  Attached hereto as Exhibit "A" are the

13   Affidavits of Reasonable Diligence from plaintiffs' process server.

14   Therefore, plaintiffs would need to further investigate this matter and attempt to serve

15   defendants THOMAS J. PINKERTON and GERALDINE PINKERTON via FedEx.  If plaintiffs

16   are unsuccessful in their attempt to serve defendants via FedEx, then plaintiffs will respectfully

17   request that this Court issue an Order permitting service on defendants through publication.

18   In light of the above, plaintiffs would respectfully request that the last day for plaintiffs

19   to complete service on defendants be continued for a period of 60-days to allow plaintiffs time to

20   either succeed at or exhaust their service efforts, and presuming that service is accomplished, to

21   allow the defendants time to file a responsive pleading.

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Plaintiffs would also request that the last day for the parties and counsel to conduct a joint inspection of the premises be continued from March 1, 2010 to May 1, 2010, in order to give all parties sufficient time to be served, appear, and meaningfully participate in the joint inspection.

Respectfully submitted,

Dated: January 20, 2010

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
    Thomas E. Frankovich
Attorneys for Plaintiff IRMA RAMIREZ and Plaintiff DAREN HEATHERLY, each an individual

**ORDER**

IT IS SO ORDERED that plaintiffs have an additional sixty (60) days from the date of this Order to serve defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON. IT IS FURTHER ORDERED that the last day for the parties to conduct the joint inspection of the premises be continued up to and including May 1, 2010.

Dated: January 22, 2010

_____
Hon. Maxine M. Chesney
United States District Judge

///

EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS THOMAS J. PINKERTON AND GERALDINE PINKERTON AND [PROPOSED] ORDER THEREON    CV-09-5497-MMC    3

**EXHIBIT A**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800    FAX No: 415-674-9900 | Ref. No or File No.:<br>FOSTER FREEZE | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: IRMA RAMIREZ, et al.<br>Defendant: FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 09 5497 |
|---|---|---|---|---|

1. I, KEVIN D. ARDOIN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant THOMAS J. PINKERTON as follows:

2. Documents: Summons In A Civil Action Civil Case Cover Sheet; Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Or Right Of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89); Case Management Conference Order; Standing Orders For Civil Case Assigned To The Honorable Maxine M. Chesney; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court, San Francisco; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of The Service Of Summons; Letter Dated December 7, 2009..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/16/09 | 4:45pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN, Registration #P-238 Sonoma County. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Fri | 12/18/09 | 4:10pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Mon | 12/21/09 | 1:34pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Sat | 12/26/09 | 9:00am | Home | NO ANSWER. NO CARS. DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Wed | 12/30/09 | 8:10pm | Home | NO ANSWER. ONE CAR IN THE DRIVE WAY DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/03/10 | 3:30pm | Home | NO ANSWER. TWO CARS IN THE DRIVE WAY. DOG BARKING INSIDE. PER NEIGHBOR, GERALDINE LIVES THERE BUT THOMAS DOES NOT Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |

Page Number 1

Date: Tue, Jan. 12, 2010      **AFFIDAVIT OF REASONABLE DILIGENCE**      6539210.ftagr-sf:257274

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH (SBN 074414) THE FRANKOVICH GROUP 4328 REDWOOD HIGHWAY SUITE 300 SAN RAFAEL, CA 94903 Telephone No. 415-444-5800 FAX No: 415-674-9900 | | | | | Ref. No or File No.: FOSTER FREEZE | | | For Court Use Only |
|---|---|---|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | | | | | |
| Plaintiff: IRMA RAMIREZ, et al. Defendant: FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al. | | | | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | | | Hearing Date: | | Time: | Dept/Div: | Case Number: CV 09 5497 | |

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/06/10 | 4:00pm | Home | NO ANSWER. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Thu | 01/07/10 | 8:00pm | Home | NO ANSWER. DOG BARKING INSIDE. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/10/10 | 8:45pm | Home | LIGHTS ON UPSTAIRS. NO ANSWER. BLINDS CLOSED. DOG BARKING INSIDE. CALLED BOTH PHONE NUMBERS: 707-539-6728 & 707-578-4895 AND THEY BOTH GO TO VOICE MAIL. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405 |
| Mon | 01/11/10 | 4:30pm | Home | Returned Not Served on: THOMAS J. PINKERTON Home - 2465 SHADY CREEK COURT SANTA ROSA, CA. 95404 |

3. Person Executing
   a KEVIN D. ARDOIN
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033 5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No : P-238
   (iii) County: Sonoma

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct

Page Number 2

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800  FAX. No: 415-674-9900 | Ref. No or File No.:<br>FOSTER FREEZE | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff IRMA RAMIREZ, et al.<br>Defendant FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al. | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date | Time: | Dept/Div: | Case Number:<br>CV 09 5497 |

1. I, KEVIN D. ARDOIN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GERALDINE PINKERTON as follows:

2. Documents: Summons In A Civil Action; Civil Case Cover Sheet; Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Or Right Of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89); Case Management Conference Order; Standing Orders For Civil Case Assigned To The Honorable Maxine M. Chesney; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court, San Francisco; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of The Service Of Summons; Letter Dated December 7, 2009..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/16/09 | 4:45pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN, Registration #P-238 Sonoma County. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Fri | 12/18/09 | 4:10pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Mon | 12/21/09 | 1.34pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Sat | 12/26/09 | 9:00am | Home | NO ANSWER. NO CARS. DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Wed | 12/30/09 | 8:10pm | Home | NO ANSWER. ONE CAR IN THE DRIVE WAY. DOG BARKING INSIDE. Attempt made by KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/03/10 | 3:30pm | Home | NO ANSWER. TWO CARS IN THE DRIVE WAY. DOG BARKING INSIDE. PER NEIGHBOR, GERALDINE LIVES THERE BUT THOMAS DOES NOT. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405 |

Page Number 1
Date: Tue, Jan. 12, 2010          **AFFIDAVIT OF REASONABLE DILIGENCE**          6539207.fragr-sf.257273

| Attorney or Party without Attorney | | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414) THE FRANKOVICH GROUP 4328 REDWOOD HIGHWAY SUITE 300 SAN RAFAEL, CA 94903 Telephone No 415-444-5800    FAX No 415-674-9900 | | | | | Ref. No or File No FOSTER FREEZE | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | | | | |
| Plaintiff: IRMA RAMIREZ, et al | | | | | | | |
| Defendant: FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al. | | | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | | | Hearing Date. | | Time. | Dept/Div | Case Number. CV 09 5497 |

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/06/10 | 4:00pm | Home | NO ANSWER. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Thu | 01/07/10 | 8:00pm | Home | NO ANSWER. DOG BARKING INSIDE. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/10/10 | 8:45pm | Home | LIGHTS ON UPSTAIRS. NO ANSWER. BLINDS CLOSED. DOG BARKING INSIDE. CALLED BOTH PHONE NUMBERS: 707-539-6728 & 707-578-4895 AND THEY BOTH GO TO VOICE MAIL. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Mon | 01/11/10 | 4:30pm | Home | Returned Not Served on: GERALDINE PINKERTON Home - 3107 LUCERRO COURT SANTA ROSA, CA. 95405 |

3. *Person Executing*
    a. KEVIN D. ARDOIN
    b. FIRST LEGAL SUPPORT SERVICES
       301 CIVIC CENTER DRIVE WEST
       SANTA ANA, CA 92701
    c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. *The Fee for service was:*
    e. *I am:* (3) registered California process server
        (i) Employee
        (ii) Registration No.:    P-238
        (iii) County:    Sonoma

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Page Number 2