1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   IRMA RAMIREZ and
6  Plaintiff DAREN HEATHERLY, each an individual

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  IRMA RAMIREZ and DAREN            )  **CASE NO. CV-09-5497-MMC**
    HEATHERLY, each an individual,    )
12                                    )  **EX PARTE APPLICATION FOR**
         Plaintiffs,                  )  **ADDITIONAL TIME TO SERVE**
13                                    )  **DEFENDANTS THOMAS J. PINKERTON**
    v.                                )  **AND GERALDINE PINKERTON AND**
14                                    )  **[PROPOSED] ORDER THEREON**
                                      )
15  FOSTER FREEZE SANTA ROSA a.k.a.,  )
    THOMAS J. PINKERTON; and          )
16  GERALDINE PINKERTON,              )
                                      )
17       Defendants.                  )
    _____ )

18       This action was filed on November 19, 2009.  Pursuant to General Order 56 and Civil

19  Local Rule 7-11, plaintiffs were to have defendants served on or before January 19, 2010.

20       The defendants to this action are THOMAS J. PINKERTON AND GERALDINE

21  PINKERTON.

22       None of the defendants in this action have been served.

23       Despite diligent efforts, plaintiffs have been unsuccessful in their attempt to serve

24  defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON with the summons

25  and complaint.

26  ///

27  ///

28  ///

**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS  THOMAS J. PINKERTON AND GERALDINE**
**PINKERTON AND [PROPOSED] ORDER THEREON**                          **CV-09-5497-MMC**          1

1    Shortly after the filing of the complaint, plaintiffs directed their process server to serve

2  defendants at the initial service address found on their online investigation database Merlin,

3  ( 2476 Shady Creek Court, Santa Rosa, California).  Plaintiffs' process server made three (3)

4  attempts to serve defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON, but

5  to no avail was plaintiffs' process server able to serve defendants.

6    Because plaintiffs' process server was unsuccessful in their attempts at ( 2476 Shady

7  Creek Court, Santa Rosa, California), plaintiffs further researched their online investigation

8  database Merlin, and discovered an updated address reported for defendants at (3107 Lucerro

9  Court, Santa Rosa, California).  However, plaintiffs' process server learned per a neighbor,

10  defendant GERALDINE PINKERTON lives at the address stated herein but defendant

11  THOMAS J. PINKERTON does not live there.  Plaintiffs' process server made six (6)

12  unsuccessful attempts at the address stated herein.  Attached hereto as Exhibit "A" are the

13  Affidavits of Reasonable Diligence from plaintiffs' process server.

14    Therefore, plaintiffs would need to further investigate this matter and attempt to serve

15  defendants THOMAS J. PINKERTON and GERALDINE PINKERTON via FedEx.  If plaintiffs

16  are unsuccessful in their attempt to serve defendants via FedEx, then plaintiffs will respectfully

17  request that this Court issue an Order permitting service on defendants through publication.

18    In light of the above, plaintiffs would respectfully request that the last day for plaintiffs

19  to complete service on defendants be continued for a period of 60-days to allow plaintiffs time to

20  either succeed at or exhaust their service efforts, and presuming that service is accomplished, to

21  allow the defendants time to file a responsive pleading.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS  THOMAS J. PINKERTON AND GERALDINE
PINKERTON AND [PROPOSED] ORDER THEREON**                    **CV-09-5497-MMC**          2

1    Plaintiffs would also request that the last day for the parties and counsel to conduct a joint

2  inspection of the premises be continued from March 1, 2010 to May 1, 2010, in order to give all

3  parties sufficient time to be served, appear, and meaningfully participate in the joint inspection.

4                                    Respectfully submitted,

5

6  Dated: January 20, 2010                    THOMAS E. FRANKOVICH,
                                              *A PROFESSIONAL LAW CORPORATION*
7

8

9                                             By:_____/s/_____
                                                    Thomas E. Frankovich
                                              Attorneys for Plaintiff IRMA RAMIREZ and
10                                            Plaintiff DAREN HEATHERLY, each an
                                              individual
11

12                                   **ORDER**

13    IT IS SO ORDERED that plaintiffs have an additional sixty (60) days from the date of

14  this Order to serve defendants THOMAS J. PINKERTON AND GERALDINE PINKERTON.

15  IT IS FURTHER ORDERED that the last day for the parties to conduct the joint inspection of

16  the premises be continued up to and including May 1, 2010.

17

18  Dated: __January 22_____, 2010      _____
                                                  Hon. Maxine M. Chesney
19                                                United States District Judge

20

21

22

23

24

25

26

27

28  ///

**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS  THOMAS J. PINKERTON AND GERALDINE
PINKERTON AND [PROPOSED] ORDER THEREON**                          **CV-09-5497-MMC**          3

# EXHIBIT A

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | | |
| Telephone No: 415-444-5800    FAX: No: 415-674-9900 | Ref. No or File No.:<br>FOSTER FREEZE | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* IRMA RAMIREZ, et al.

*Defendant:* FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 09 5497 |
|---|---|---|---|---|

1. I, KEVIN D. ARDOIN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant THOMAS J. PINKERTON as follows:

2. Documents: Summons In A Civil Action Civil Case Cover Sheet; Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Or Right Of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89); Case Management Conference Order; Standing Orders For Civil Case Assigned To The Honorable Maxine M. Chesney; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court, San Francisco; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of The Service Of Summons; Letter Dated December 7, 2009..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/16/09 | 4:45pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by. KEVIN D. ARDOIN, Registration #P-238 Sonoma County. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Fri | 12/18/09 | 4:10pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Mon | 12/21/09 | 1:34pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Sat | 12/26/09 | 9:00am | Home | NO ANSWER. NO CARS. DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Wed | 12/30/09 | 8:10pm | Home | NO ANSWER. ONE CAR IN THE DRIVE WAY DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/03/10 | 3:30pm | Home | NO ANSWER. TWO CARS IN THE DRIVE WAY. DOG BARKING INSIDE. PER NEIGHBOR, GERALDINE LIVES THERE BUT THOMAS DOES NOT Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |

Page Number 1

Date: Tue, Jan. 12, 2010          **AFFIDAVIT OF REASONABLE DILIGENCE**          6539210.ftagr-sf.257274

| Attorney or Party without Attorney·· | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414) | | | | | | |
| THE FRANKOVICH GROUP | | | | | | |
| 4328 REDWOOD HIGHWAY | | | | | | |
| SUITE 300 | | | | | | |
| SAN RAFAEL, CA 94903 | | | Ref. No or File No.: | | | |
| Telephone No. 415-444-5800    FAX No 415-674-9900 | | | FOSTER FREEZE | | | |

Insert name of Court, and Judicial District and Branch Court
United States District Court, Northern District Of California

Plaintiff IRMA RAMIREZ, et al.

Defendant FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al.

| **AFFIDAVIT OF** **REASONABLE DILIGENCE** | Hearing Date: | Time· | Dept/Div: | Case Number. CV 09 5497 |
|---|---|---|---|---|

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/06/10 | 4:00pm | Home | NO ANSWER. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT   SANTA ROSA CA. 95405. |
| Thu | 01/07/10 | 8:00pm | Home | NO ANSWER. DOG BARKING INSIDE. NO CARS. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT   SANTA ROSA CA. 95405. |
| Sun | 01/10/10 | 8·45pm | Home | LIGHTS ON UPSTAIRS. NO ANSWER. BLINDS CLOSED. DOG BARKING INSIDE. CALLED BOTH PHONE NUMBERS: 707-539-6728 & 707-578-4895 AND THEY BOTH GO TO VOICE MAIL. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT   SANTA ROSA CA. 95405 |
| Mon | 01/11/10 | 4:30pm | Home | Returned Not Served on:   THOMAS J. PINKERTON Home - 2465 SHADY CREEK COURT SANTA ROSA, CA. 95404 |

3. Person Executing
   a KEVIN D. ARDOIN
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033 5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i)   Employee
   (ii)  Registration No :      P-238
   (iii) County:                Sonoma

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct

Page Number 2

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>Telephone No· 415-444-5800     FAX. No· 415-674-9900 | Ref. No or File No..<br>FOSTER FREEZE | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff IRMA RAMIREZ, et al.

Defendant. FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date | Time: | Dept/Div: | Case Number·<br>CV 09 5497 |
|---|---|---|---|---|

1. I, KEVIN D. ARDOIN, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant GERALDINE PINKERTON as follows:

2. Documents:   Summons In A Civil Action; Civil Case Cover Sheet;  Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Or Right Of Access Under Americans With Disabilities Act Title Ii & Iii (42 U.S.C. 12131-89);  Case Management Conference Order;  Standing Orders For Civil Case Assigned To The Honorable Maxine M. Chesney;  Contents Of Joint Case Management Statement; Welcome To The U.S. District Court, San Francisco;  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction;  Waiver Of The Service Of Summons;  Letter Dated December 7, 2009..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/16/09 | 4:45pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN, Registration #P-238 Sonoma County. Attempt at: 2476 SHADY CREEK COURT SANTA ROSA CA. 95404. |
| Fri | 12/18/09 | 4:10pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT  SANTA ROSA CA. 95404. |
| Mon | 12/21/09 | 1.34pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: KEVIN D. ARDOIN. Attempt at: 2476 SHADY CREEK COURT  SANTA ROSA CA. 95404. |
| Sat | 12/26/09 | 9:00am | Home | NO ANSWER. NO CARS. DOG BARKING INSIDE. Attempt made by: KEVIN D. ARDOIN. Attempt at. 3107 LUCERRO COURT  SANTA ROSA CA. 95405. |
| Wed | 12/30/09 | 8:10pm | Home | NO ANSWER. ONE CAR IN THE DRIVE WAY. DOG BARKING INSIDE. Attempt made by  KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405. |
| Sun | 01/03/10 | 3·30pm | Home | NO ANSWER. TWO CARS IN THE DRIVE WAY. DOG BARKING INSIDE. PER NEIGHBOR, GERALDINE LIVES THERE BUT THOMAS DOES NOT. Attempt made by: KEVIN D. ARDOIN. Attempt at: 3107 LUCERRO COURT SANTA ROSA CA. 95405 |

Page Number 1
Date· Tue, Jan. 12, 2010          **AFFIDAVIT OF REASONABLE DILIGENCE**          6539207.fragr-sf.257273

| Attorney or Party without Attorney | | | For Court Use Only |
|---|---|---|---|

**Attorney or Party without Attorney**
THOMAS E. FRANKOVICH (SBN 074414)
THE FRANKOVICH GROUP
4328 REDWOOD HIGHWAY
SUITE 300
SAN RAFAEL, CA 94903
Telephone No 415-444-5800      FAX No· 415-674-9900

*Ref. No or File No*
**FOSTER FREEZE**

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* IRMA RAMIREZ, et al

*Defendant·* FOSTER FREEZE SANTA ROSA, a.k.a., THOMAS J. PINKERTON, et al.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date. | Time. | Dept/Div | Case Number. CV 09 5497 |
|---|---|---|---|---|

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/06/10 | 4:00pm | Home | NO ANSWER. NO CARS. Attempt made by· KEVIN D. ARDOIN. Attempt at. 3107 LUCERRO COURT  SANTA ROSA CA. 95405. |
| Thu | 01/07/10 | 8:00pm | Home | NO ANSWER. DOG BARKING INSIDE. NO CARS  Attempt made by: KEVIN D  ARDOIN. Attempt at: 3107 LUCERRO COURT  SANTA ROSA CA. 95405. |
| Sun | 01/10/10 | 8:45pm | Home | LIGHTS ON UPSTAIRS. NO ANSWER. BLINDS CLOSED. DOG BARKING INSIDE. CALLED BOTH PHONE NUMBERS: 707-539-6728 & 707-578-4895 AND THEY BOTH GO TO VOICE MAIL. Attempt made by: KEVIN D. ARDOIN. Attempt at· 3107 LUCERRO COURT  SANTA ROSA CA. 95405. |
| Mon | 01/11/10 | 4:30pm | Home | Returned Not Served on:  GERALDINE PINKERTON Home - 3107 LUCERRO COURT SANTA ROSA, CA. 95405 |

3.  *Person Executing*
   a. KEVIN D. ARDOIN
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA  92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:*
   e. *I am:*  (3)  registered California process server
      (i)   Employee
      (ii)  *Registration No.:*      P-238
      (iii) *County:*               Sonoma

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Page Number 2