1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 San Rafael, CA   94903
Telephone:     415/674-8600
4 Facsimile:      415/674-9900

5 Attorney for Plaintiffs' IRMA RAMIREZ; and
Plaintiffs DAREN HEATHERLY, each an individual;
6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9 IRMA RAMIREZ; and DAREN            )   **CASE NO. CV-09-5497-MMC**
HEATHERLY, each an individual;      )
10                                   )   **STIPULATION OF DISMISSAL AND**
                                     )   **[PROPOSED] ORDER THEREON**
11       Plaintiff,                  )
                                     )
12 v.                                )
                                     )
13 FOSTER FREEZE SANTA ROSA a.k.a.,  )
THOMAS J. PINKERTON; and             )
14 GERALDINE PINKERTON,              )
                                     )
15                                   )
                                     )
16       Defendants.                 )
                                     )
17                                   )
   _____   )
18

19       The parties, by and through their respective counsel, stipulate to dismissal of this

20 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22 costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25 settlement agreements).

26       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

27 their designated counsel that the above-captioned action be and hereby is dismissed with

28 prejudice

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     **CV-09-5497-MMC**

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 6, 2010          THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:     /S/ Thomas E. Frankovich
                                         Thomas E. Frankovich
                                 Attorney for Plaintiffs' IRMA RAMIREZ; and
                                 Plaintiffs DAREN HEATHERLY, each an
                                 individual


Dated: _____, 2010      JAMES D. ALLEN
                                 ATTORNEY AT LAW



                                 By: _____
                                         James D. Allen
                                 Attorneys for THOMAS J. PINKERTON; and
                                 GERALDINE PINKERTON


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated: _____, 2010

                                 _____
                                 Honorable Judge Maxine M. Chesney.
                                 UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CV-09-5497-MMC

1 | pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2 |     This stipulation may be executed in counterparts, all of which together shall constitute

3 | one original document.

5 | Dated: _____, 2010      THOMAS E. FRANKOVICH
         *A PROFESSIONAL LAW CORPORATION*

7 |                                By:_____
                                    Thomas E. Frankovich
                               Attorney for Plaintiffs' IRMA RAMIREZ; and
                               Plaintiffs DAREN HEATHERLY, each an
                               individual

11 | Dated: Dec. 9, 2010      JAMES D. ALLEN
                               ATTORNEY AT LAW

                               By: *[signed]*
                                  James D. Allen
                               Attorneys for THOMAS J. PINKERTON; and
                               GERALDINE PINKERTON

## ORDER

20 |     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

25 | Dated: December 27, 2010

                               *[signed Maxine M. Chesney]*
                               Honorable Judge Maxine M. Chesney.
                               UNITED STATE DISTRICT JUDGE